# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 16-355 |
| | : | |
| **LEROY FRAZIER** | : | |

## ORDER

**AND NOW**, this 17th day of November 2020, upon considering Defendant's *pro se* Motion for sentence reduction (ECF Doc. No. 124), supplemented with the benefit of appointed counsel (ECF Doc. No. 133), the United States' Opposition (ECF Doc. No. 134), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendant's Motion for sentence reduction (ECF Doc. No. 124) is **DENIED**.

_____
**KEARNEY, J.**